HYMAN SEIF, Respondent, *v.* CITY OF LONG BEACH, Appellant.

Submitted February 24, 1942; decided March 5, 1942.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 286 N. Y. 382.)

CENTRAL HANOVER BANK & TRUST COMPANY, Respondent, *v.* COLONIAL CREDIT CORPORATION, Appellant, Impleaded with Others.

T. A. HOLDING CORPORATION et al., Respondents.

Submitted February 24, 1942; decided March 5, 1942.

*Irving Berkman* for motion.

*Joseph Jame* opposed.

Motion dismissed on the ground that the order does not finally determine the action within the meaning of the Constitution.